Good morning, Your Honors. My name is John Einhorn from New Haven. I represented Mr. Allick at trial and in a subsequent matter, which is what I wanted to bring to the Court's attention here, this appeal essentially is moot because in a subsequent case, a RICO case, where Mr. Allick was charged and pled guilty, he was sentenced in July, I believe, to 240 months. I'm sorry, in April. In April 16th, he was sentenced to 240 months, thus concurrent with the 115 months that he was given in this case. So, I can't resume... So let me ask you something. Are you making a request to withdraw the appeal? I don't think I can withdraw it only because no one's ever sure about what's going to happen in the future, but I think I'd just like to, I wanted to call that to the Court's attention and essentially, my argument then really rests on the, the brief that, that I filed. All right. Thank you, Your Honors. Thank you very much. Does the government wish to respond? Your Honors... You came, you came all the way from Connecticut. I came all the way from Connecticut. We have a student audience watching, so I'll be brief. My name is Jocelyn Courtney Koutsanis. I represent the United States of America. And the district court in this case did not err when it applied the two-point enhancement under 2D1.1b1. And I think, as the defense counsel pointed out, he is sentenced in another case that's concurrent, but if that sentence were to be overturned for any reason, this judgment should still be affirmed. And there's three independent reasons why the enhancement was appropriate. First, there was more than sufficient evidence in the record. Second, the district court was not barred from considering acquitted conduct at sentencing. The relevant guidelines that are in place now did not apply at the time of sentencing. And this is not, this is not even acquitted conduct. That was my third point, Your Honor. Okay. Got it. Sorry. And the district court made clear in the record that he was relying solely on non-acquitted conduct for which there was a more than sufficient basis. So I don't need to waste the court's time. I'm happy to answer any questions about that conduct or anything that you may have. Thank you very much. Thank you, Your Honor. Thank you very much. Thank you very much. We'll reserve the decision.